## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VIRGIN RECORDS AMERICA, INC.,
WARNER BROS. RECORDS INC.,
ELEKTRA ENTERTAINMENT GROUP INC.,
ARISTA RECORDS LLC, PRIORITY RECORDS LLC,
and BMG MUSIC,

    Plaintiffs,

v.                                                  CASE NO: 8:07-cv-372-T-26TBM

ADAM and MARIE LITVINCHYK,

    Defendant.
_____/

## **O R D E R**

Upon due and careful consideration of the procedural history of this case, and based on the submission of Plaintiffs' counsel, it is ordered and adjudged as follows:

1) Plaintiffs' Renewed Motion to Compel and for Sanctions (Dkt. 17) is granted.

2) Defendant Adam Litvinchyk shall appear for his deposition in aid of execution at a date, time, and place specified by Plaintiffs' counsel and shall bring with him the documents specified in the subpoena previously served on him by Plaintiffs' counsel.

3) Plaintiffs' counsel is directed to serve a copy of this order, as well as a notice of the date, time, and place for Defendant's deposition in aid of execution, by United States certified mail, return receipt requested, and shall file a certificate attesting to the fact of service.

4) Defendant is put on notice that should he fail to appear for his deposition and bring with him the documents requested that, upon further motion of Plaintiffs' counsel, the Court will convene a show cause hearing to determine what sanctions to impose, including the sanction of contempt of this Court.

5) The Court will withhold the imposition of sanctions pending Defendant's compliance with this order.

6) The Clerk is directed to send a copy of this order to Defendant at the following address: 1224 Whitaker Road, Lutz, Florida 33549.

**DONE AND ORDERED** at Tampa, Florida, on November 21, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record